IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 21-31811 |
| 1917 HEIGHTS HOSPITAL, LLC | § § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

H. Miles Cohn, as counsel for Arbitra Capital Partners, LLC, files this Notice of Appearance pursuant to Bankruptcy Rule 9010(b) and this Request for Notices pursuant to Rule 2002(g).

The undersigned has been retained by Arbitra Capital Partners, LLC and requests that copies of allpleadings, orders, notices and other papers filed or issued in this case be served on him electronically or at the address stated below.

Dated: June 1, 2021

        Respectfully submitted,

        CRAIN, CATON & JAMES, P.C.

        By:   /s/H. Miles Cohn
        H. Miles Cohn
        mcohn@craincaton.com
        Texas State Bar No. 04509600
        Michelle V. Friery
        mfriery@craincaton.com
        Texas State Bar No. 24040934
        1401 McKinney Street, 17th Floor
        Five Houston Center
        Houston, Texas 77010-4035
        Telephone (713) 752-8668
        Facsimile (713) 658-1921
        **ATTORNEYS FOR ARBITRA CAPITAL PARTNERS, LLC**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy foregoing Notice of Appearance and Request forNotices has been served on June 1, 2021, by ECF electronic service, to Debtor's counsel, the U.S. Trustee, and all parties requesting notice.

*/s/H. Miles Cohn*
H. Miles Cohn
