UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. _____ |
| 1917 HEIGHTS HOSPITAL, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of 1917 Heights Hospital, LLC (the "Debtor"), a Texas limited liability company, certifies that (i) 1917 Ashland Equities, LLC, (ii) AMD Asset Holdings, LLC, and (iii) Med Center Developers, LP are the sole members of the Debtor and each own more than a ten percent (10%) equity interest in the Debtor.

Dated: May 31, 2021.

1917 HEIGHTS HOSPITAL, LLC

_____
Dr. Dharmesh Patel, Manager

3087944

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | Case No. _____ |
| 1917 HEIGHTS HOSPITAL, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## BRIEF LIST OF ASSETS

| Asset | Estimated Value |
| --- | --- |
| Real Property Located at 1917 Ashland Street, Houston, Texas 77008 | $55,000,000.00 |
| Personal Property | $75,000.00 |
| Intangible Property | $160,000,000.00 |
| TOTAL | $215,075,000.00 |

Dated: May 31, 2021.

1917 HEIGHTS HOSPITAL, LLC

_____
Dr. Dharmesh Patel, Manager

3086557_1

1