| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1917 Heights Hospital, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | 21-31811 |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Carrier Rental Systems<br>35961 Eagle Way<br><br>Chicago, IL  60678 | | Unsecured | | | | $217,073.43 |
| 2 | TXU Energy<br>P. O. Box 650638<br><br>Dallas, TX  75265-0638 | | Unsecured | | | | $199,382.87 |
| 3 | Sabre Electric Company<br>P. O. Box 79292<br><br>Houston, TX  77279 | | Unsecured | | | | $166,243.21 |
| 4 | HCSG Staff Leasing Solutions, LLC<br>3220 Tillman Drive, Suite 300 | | Unsecured | | | | $101,790.15 |
| 5 | Entech Sales & Service, LLC<br>3404 Garden Brook Drive<br><br>Dallas, TX  75234-2444 | | Unsecured | | | | $90,446.95 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **1917 Heights Hospital, LLC**    Case number (if known) **21-31811**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Johnson Controls Fire Protection, LP  4700 Exchange Court, Suite 300 | | Unsecured | | | | $69,523.96 |
| 7  Thyssen Krupp Elevator Corp.  P. O. Box 933004  Atlanta, GA  31193-3004 | | Unsecured | | | | $59,666.18 |
| 8  ETS Environmental Testing Services, LLC  10908 Metronome Drive  Houston, TX  77043 | | Unsecured | | | | $38,039.05 |
| 9  Airgas USA, LLC  P. O. Box 676015  Dallas, TX  75267-6015 | | Unsecured | | | | $33,662.91 |
| 10  City of Houston - Utility Bill  P. O. Box 1560  Houston, TX  77251- | | Unsecured | | | | $31,558.48 |
| 11  The Hanover Insurance Group  P. O. Box 580045  Charlotte, NC  28258- | | Unsecured | | | | $24,077.82 |
| 12  CenterPoint Energy  P. O. Box 4981  Houston, TX  77210-4981 | | Unsecured | | | | $21,896.76 |
| 13  WCA Waste Systems, Inc.  1330 Post Oak Blvd., 7th Floor | | Unsecured | | | | $7,740.55 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor   **1917 Heights Hospital, LLC**   Case number (if known) **21-31811**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Wilson Fire Equipment & Service Company, 7303 Empire Central Drive | | Unsecured | | | | $7,531.41 |
| 15  Chem-Aqua, Inc. P. O. Box 971269 Dallas, TX  75397-1269 | | Unsecured | | | | $6,112.40 |
| 16  AT&T Wireless P. O. Box 105414 Atlanta, GA  30348-5414 | | Unsecured | | | | $5,914.24 |
| 17  LEI Grounds Groomers/Lightfoot Ent., Inc P. O. Box 267 | | Unsecured | | | | $5,108.60 |
| 18  Kings III of America 751 Canyon Drive, Suite 100 Coppell, TX  75019-3857 | | Unsecured | | | | $5,061.99 |
| 19  Mueller Water Conditioning, Inc. P. O. Box 975118 Dallas, TX  75397-5118 | | Unsecured | | | | $4,990.00 |
| 20  Facilities Survey, Inc. 400 Penn Center Boulevard Suite 552 Pittsburgh, PA  15235 | | Unsecured | | | | $4,214.52 |