

ENTERED
06/04/2021

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-31811 |
| 1917 HEIGHTS HOSPITAL, LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER FOR
### CHAPTER 11 ELECTRONIC STATUS CONFERENCE

On July 12, 2021 at 9:00 a.m. (Central Standard Time) before the United States Bankruptcy Court, Houston Division, the Court will conduct an initial electronic status conference in the above-captioned case. It is therefore:

**ORDERED:**

1. Debtor, or Debtor's representative and Debtor's primary bankruptcy counsel must appear at this status conference;

2. No fewer than seven (7) days prior to the status conference set by this Order, the Debtor must file a Chapter 11 Status Conference Statement on the Court's CM/ECF system that addresses the following:

   a. The business, financial, and other problems that prompted the filing of this case;
   b. Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);
   c. Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);
   d. Unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management;
   e. Postpetition operations and revenue;
   f. Status of any litigation pending in or outside this Court;
   g. Compliance with requests for information from the United States Trustee including, but not limited to, requests made in the Initial Debtor Interview;
   h. Type and adequacy of insurance coverage;
   i. An outline of the proposed plan;
   j. A proposed schedule for filing and confirming the proposed plan;
   k. Debtor-In-Possession Bank Account; and
   l. Any other matters that might materially affect the administration of this case.

3. The Debtor shall serve its Chapter 11 Status Conference Statement on the United States Trustee and any official committee appointed pursuant to 11 U.S.C. § 1102, or, if no such

committee(s) has (have) been appointed, on the creditors that hold the twenty largest general unsecured claims, excluding insiders. If any committee is represented by counsel, service upon committee counsel shall constitute service upon the committee. Failure to comply with this order may result in conversion of this case to one under Chapter 7.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **And** to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

SIGNED June 4, 2021

_____
Eduardo Rodriguez
United States Bankruptcy Judge