| Information to identify the case: | | |
|---|---|---|
| Debtor | **1917 Heights Hospital, LLC**<br>Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Texas**<br>Case number: **21–31811** | | Date case filed for chapter **11**  **6/1/21** |

Official Form 309F1 (For Corporations or Partnerships)
# Notice of Chapter 11 Bankruptcy Case                                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 1917 Heights Hospital, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1917 Ashland Street, #300<br>Houston, TX 77018 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven Douglas Shurn<br>Hughes Watters and Askanase<br>Total Plaza<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002 | Contact phone  713–759–0818<br><br>Email:  sdsecf@hwallp.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone  (713) 250–5500<br><br>Date: 6/2/21 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **July 8, 2021 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866–707–5468, passcode 6166997** |

**For more information, see page 2 >**

Debtor   **1917 Heights Hospital, LLC**                                                                         Case number **21–31811**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 10/6/21 |
| | **For a governmental unit:** | 11/29/21 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br> **Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Southern District of Texas

In re:     Case No. 21-31811-evr

1917 Heights Hospital, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: dhan     Page 1 of 3
Date Rcvd: Jun 02, 2021     Form ID: 309F1     Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1917 Heights Hospital, LLC, 1917 Ashland Street, #300, Houston, TX 77008-3994 |
| aty | + | H Miles Cohn, Crain, Caton & James, PC, 1401 McKinney, 17th Floor, Houston, TX 77010-4037 |
| 11916877 | + | 1917 Ashland Street 2, LLC, c/o Madison Realty Capital, 520 Madison Avenue, Suite 3501, New York, New York 10022-4434 |
| 11916878 | | 3M Company, General Offices/3M Center, St. Paul, MN 55114-1000 |
| 11916879 | + | ABC Homes and Commercial Services, 11934 Barker Cypress Road, Cypress, Texas 77433-1802 |
| 11916880 | ++ | AIRGAS USA LLC, 110 WEST 7TH STREET, SUITE 1300, TULSA OK 74119-1106 address filed with court:, Airgas USA, LLC, P. O. Box 676015, Dallas, TX 75267-6015 |
| 11916884 | | AT&T Wireless, P. O. Box 105414, Atlanta, GA 30348-5414 |
| 11916881 | + | Ann Harris Bennett, Tax Assessor, P. O. Box 4622, Houston, TX 77210-4622 |
| 11916883 | + | Arbitra Capital Partners, LLC, c/o Miles Cohn, Attorney, Crain Caton & James, 1400 McKinney Street, Suite 1700, Houston, TX 77010-4054 |
| 11916882 | + | Arbitra Capital Partners, LLC, Centerpoint Corporate Services, Inc.,, Registered Agent, 865 Tahoe Boulevard, Suite 214, Incline Village, NV 89451-7472 |
| 11916885 | + | Baker Tilly Vircchow Krause, LLP, 11750 Katy Freeway, Suite 1100, Houston, TX 77079-1257 |
| 11916886 | + | BeaconMeadaes, LLC, 1059 Paragon Way, Rock Hill, SC 29730-0121 |
| 11916887 | + | Bettencourt Tax Advisors, 730 N.Post Oak Road, Suite 400, Houston, TX 77024-3838 |
| 11916888 | + | Carrier Rental Systems, 35961 Eagle Way, Chicago, IL 60678-0359 |
| 11916889 | | CenterPoint Energy, P. O. Box 4981, Houston, TX 77210-4981 |
| 11916890 | | Chem-Aqua, Inc., P. O. Box 971269, Dallas, TX 75397-1269 |
| 11916891 | + | City of Houston - Utility Bill, P. O. Box 1560, Houston, TX 77251-1560 |
| 11916892 | | Comast Business, P. O. Box 660618, Dallas, TX 75266-0618 |
| 11916893 | + | Comcast, P. O. Box 37610, Philadelphia, PA 19101-0610 |
| 11916894 | + | Decorative Floors & More, LLC, 6709 Carvel Lane, Houston, TX 77074-6209 |
| 11916896 | + | Dolphin Plumbing, 10914 Sycamore Dr. South, LaPorte, TX 77571-4387 |
| 11916899 | + | ETS Environmental Testing Services, LLC, 10908 Metronome Drive, Houston, TX 77043-2202 |
| 11916897 | + | Elevator Technical Services, P. O. Box 7429, Houston, TX 77248-7429 |
| 11916898 | + | Entech Sales & Service, LLC, 3404 Garden Brook Drive, Dallas, TX 75234-2496 |
| 11916900 | + | Facilities Survey, Inc., 400 Penn Center Boulevard, Suite 552, Pittsburgh, PA 15235-5613 |
| 11916901 | | First Class Generator Services, P. O. Box 1373, Cypress, TX 77410-1373 |
| 11916902 | | GFL Environmental, P. O. Box 555193, Detroit, MI 48255-5193 |
| 11916904 | + | HCSG Staff Leasing Solutions, LLC, 3220 Tillman Drive, Suite 300, Bensalem, PA 19020-2028 |
| 11916903 | | Harris County Appraisal District, 13013 Northwest Freeway, Houston, TX 77040-6305 |
| 11916905 | + | Hughes Watters Askanase, Total Plaza, 1201 Louisiana, 28th Floor, Houston, Texas 77002-5607 |
| 11916906 | #+ | IntegraNet Physician Resource, Inc., 1900 North Loop West, Suite 400, Houston, TX 77018-8119 |
| 11916909 | + | Janitors Warehouse of Houston, 6546-A Petropark Drive, Houston, TX 77041-4923 |
| 11916910 | + | Johnson Controls Fire Protection, LP, 4700 Exchange Court, Suite 300, Boca Raton, FL 33431-4450 |
| 11916911 | | Kings III of America, 751 Canyon Drive, Suite 100, Coppell, TX 75019-3857 |
| 11916912 | + | Kyle A. Fitch, c/o Eric J. Cassidy, Attorney, 909 Fannin Bankstreet, Suite 3800, Houston, TX 77010-1017 |
| 11916913 | + | LEI Grounds Groomers/Lightfoot Ent., Inc, P. O. Box 267, Vidor, TX 77670-0267 |
| 11916915 | + | LKL Development Group, LLC, c/o Eric J. Cassidy, Attorney, 909 Fannin Street, Suite 3800, Houston, TX 77010-1017 |
| 11916914 | + | Lingard Fitch, c/o Eric J. Cassidy, Attorney, 909 Fannin Street, Suite 3800, Houston, Texas 77010-1017 |
| 11916917 | | Mueller Water Conditioning, Inc., P. O. Box 975118, Dallas, TX 75397-5118 |

| District/off: 0541-4 | User: dhan | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 309F1 | Total Noticed: 57 |

| | | |
|---|---|---|
| 11916918 | | Office of the Attorney General, P. O. Box 12548, Austin, TX 78711-2548 |
| 11916919 | | Presto-X, P. O. Box 13848, Reading, PA 19612-3848 |
| 11916920 | + | Sabre Electric Company, P. O. Box 79292, Houston, TX 77279-9292 |
| 11916921 | + | Sun Coast Resources, P. O. Box 202603, Dallas, TX 75320-2603 |
| 11916923 | | Thyssen Krupp Elevator Corp., P. O. Box 933004, Atlanta, GA 31193-3004 |
| 11916924 | + | Tina Fitch, c/o Eric J. Cassidy, Attorney, 909 Fannin Street, Suite 3800, Houston, TX 77010-1017 |
| 11916927 | ++ | U S ATTORNEY S OFFICE, 1000 LOUISIANA, SUITE 2300, HOUSTON TX 77002-5010 address filed with court:, United States Attorney's Office, Southern District of Texas, 1000 Louisiana, Suite 2300, Houston, Texas 77002 |
| 11916926 | + | UC LDBA Fund II, LLC, 745 Boylstron Street, Suite 502, Boston, MA 02116-2658 |
| 11916928 | + | US Small Business Administration, 1545 Hawkins Boulevard, Suite 202, El Paso, Texas 79925-2654 |
| 11916929 | + | WCA Waste Systems, Inc., 1330 Post Oak Blvd., 7th Floor, Houston, TX 77056-3158 |
| 11916930 | + | Wilson Fire Equipment & Service Company,, 7303 Empire Central Drive, Houston, TX 77040-3207 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jun 02 2021 20:38:00 | Stephen Douglas Statham, Office of US Trustee, 515 Rusk, Ste 3516, Houston, TX 77002-2604 |
| aty | | Email/Text: sdsecf@hwallp.com | Jun 02 2021 20:36:00 | Steven Douglas Shurn, Hughes Watters and Askanase, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jun 02 2021 20:38:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 11916895 | | EDI: DIRECTV.COM | Jun 03 2021 00:08:00 | DirectTV, P. O. Box 105249, Atlanta, GA 30348-5249 |
| 11916908 | | EDI: IRS.COM | Jun 03 2021 00:08:00 | Internal Revenue Service, 300 E. 8th Street Mail Stop 5026AUS, Austin, TX 78701 |
| 11916925 | | Email/Text: txulec09@vistraenergy.com | Jun 02 2021 20:39:00 | TXU Energy, P. O. Box 650638, Dallas, TX 75265-0638 |
| 11916922 | | Email/Text: ogclitmail@hanover.com | Jun 02 2021 20:39:00 | The Hanover Insurance Group, P. O. Box 580045, Charlotte, NC 28258-0045 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arbitra Capital Partners, LLC |
| 11916907 | * | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 11916916 | ##+ | Med Center Developers, LLP, 1900 N. Loop West, #120, Houston, TX 77018-8108 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0541-4 | User: dhan | Page 3 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: 309F1 | Total Noticed: 57 |
| Date: Jun 04, 2021 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| H Miles Cohn | on behalf of Creditor Arbitra Capital Partners  LLC mcohn@craincaton.com, mfriery@craincaton.com;mriseden@craincaton.com |
| Stephen Douglas Statham | on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov |
| Steven Douglas Shurn | on behalf of Debtor 1917 Heights Hospital  LLC sdsecf@hwallp.com, dkokenes@hwallp.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4