

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

ENTERED
06/04/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-31811 |
| 1917 HEIGHTS HOSPITAL, LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

ORDER FOR
CHAPTER 11 ELECTRONIC STATUS CONFERENCE

On July 12, 2021 at 9:00 a.m. (Central Standard Time) before the United States Bankruptcy Court, Houston Division, the Court will conduct an initial electronic status conference in the above-captioned case. It is therefore:

**ORDERED:**

1. Debtor, or Debtor's representative and Debtor's primary bankruptcy counsel must appear at this status conference;

2. No fewer than seven (7) days prior to the status conference set by this Order, the Debtor must file a Chapter 11 Status Conference Statement on the Court's CM/ECF system that addresses the following:

    a. The business, financial, and other problems that prompted the filing of this case;
    b. Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);
    c. Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);
    d. Unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management;
    e. Postpetition operations and revenue;
    f. Status of any litigation pending in or outside this Court;
    g. Compliance with requests for information from the United States Trustee including, but not limited to, requests made in the Initial Debtor Interview;
    h. Type and adequacy of insurance coverage;
    i. An outline of the proposed plan;
    j. A proposed schedule for filing and confirming the proposed plan;
    k. Debtor-In-Possession Bank Account; and
    l. Any other matters that might materially affect the administration of this case.

3. The Debtor shall serve its Chapter 11 Status Conference Statement on the United States Trustee and any official committee appointed pursuant to 11 U.S.C. § 1102, or, if no such

committee(s) has (have) been appointed, on the creditors that hold the twenty largest general unsecured claims, excluding insiders. If any committee is represented by counsel, service upon committee counsel shall constitute service upon the committee. Failure to comply with this order may result in conversion of this case to one under Chapter 7.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **And** to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

SIGNED June 4, 2021

_____
Eduardo Rodriguez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 21-31811-evr |
| 1917 Heights Hospital, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: jchavez | Page 1 of 1 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 1917 Heights Hospital, LLC, 1917 Ashland Street, #300, Houston, TX 77008-3994 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arbitra Capital Partners, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| H Miles Cohn | on behalf of Creditor Arbitra Capital Partners  LLC mcohn@craincaton.com, mfriery@craincaton.com;mriseden@craincaton.com |
| Stephen Douglas Statham | on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov |
| Steven Douglas Shurn | on behalf of Debtor 1917 Heights Hospital  LLC sdsecf@hwallp.com, dkokenes@hwallp.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4