**Fill in this information to identify the case**

Debtor name __**1917 Heights Hospital, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**21-31811**__
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____ **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. **Checking account** | **Checking account** | **1  6  5  7** | **$477.64** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$477.64** |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | **1917 Heights Hospital, LLC** | Case number (if known) | **21-31811** |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | Current value of debtor's interest |
|---|---|---|
| 7.1. | **Centerpoint Energy** | **$19,600.00** |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| **$19,600.00** |
|---|

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

| 11a. | 90 days old or less: | **$7,000,000.00** * | − | **$0.00** | = .............. ➔ | **$7,000,000.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

\* See Schedule "B", Part 11, Item No. 74 for $7,000,000.00 owed to Debtor

| 11b. | Over 90 days old: | **$0.00** | − | **$0.00** | = .............. ➔ | **$0.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$7,000,000.00** |
|---|

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| **$0.00** |
|---|

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor  **1917 Heights Hospital, LLC**                                         Case number (if known)  **21-31811**

Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Debtor | **1917 Heights Hospital, LLC** | Case number (if known) | **21-31811** |
|---|---|---|---|
| | Name | | |

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Desks, Chairs, Tables, Beds/Mattress, Cabinets, Equipment, Tools, Supplies, Other \*** | **$387,315.00** | **FMV** | **$387,315.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **TV's, Phone, Computer Equipment, Internet Equipment \*** | **$30,800.00** | **FMV** | **$30,800.00** |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. **Artwork \*** | **$1,500.00** | **FMV** | **$1,500.00** |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$419,615.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **A/C Unit, Patient Rooms (2nd Floor) \* See Exhibit "A" attached for Office Furniture, Office Equipment, Artwork and Other Machinery, Fixtures and Equipment** | **$61,000.00** | **FMV** | **$61,000.00** |

---

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**            page 4

| Debtor | **1917 Heights Hospital, LLC** | Case number (if known) | **21-31811** |
|---|---|---|---|
| | Name | | |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$61,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **1917 Ashland Street**<br>**Houston, Texas  77008**<br>**Hospital/Real Property** | Ownership | $55,000,000.00 | FMV | $55,000,000.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$55,000,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **1917 Heights Hospital, LLC** | Case number (if known) | **21-31811** |
|---|---|---|---|
| | Name | | |

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | **$0.00** |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71. Notes receivable** | | |
| Description (include name of obligor) | | |
| **72. Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| **73. Interests in insurance policies or annuities** | | |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| **SJ Medical Center, LLC** | | **$5,000,000.00** |
| Nature of claim | **Breach of Lease** | |
| Amount requested | **TBD** | |
| **Advanced Houston Specialty Hospital, LLC** | | **$2,000,000.00** |
| Nature of claim | **Breach of Lease** | |
| Amount requested | **TBD** | |
| **River Oaks Hospital & Clinics, LLC** | | **$2,000,000.00** |
| Nature of claim | **Guaranty on Lease (Advanced Houston )** | |
| Amount requested | **TBD** | |
| **Arbitra Capital, et al** | | **$150,000,000.00** |
| Nature of claim | **Tortious Interence; Contract/Claims** | |
| Amount requested | **TBD** | |

| Debtor | **1917 Heights Hospital, LLC** | Case number (if known) | **21-31811** |
|---|---|---|---|
| | Name | | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

**$159,000,000.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$477.64** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$19,600.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$7,000,000.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$419,615.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$61,000.00** | |
| **88. Real property.** *Copy line 56, Part 9* .................................➔ | | **$55,000,000.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$159,000,000.00** | |
| **91. Total.**  Add lines 80 through 90 for each column. | 91a. **$166,500,692.64** | + 91b. **$55,000,000.00** |

**92. Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ...................................................................

**$221,500,692.64**

---

| Location & Items | Quantity | Value /Each | Total Value |
|---|---|---|---|
| **General Hospital** | | | |
| Beds | 15 | $ 3,500.00 | $ 52,500.00 |
| Mattress | 15 | $ 200.00 | $ 3,000.00 |
| Bed Tables | 10 | $ 100.00 | $ 1,000.00 |
| Desks | 5 | $ 100.00 | $ 500.00 |
| Chairs | 5 | $ 75.00 | $ 375.00 |
| Cabinets | 5 | $ 100.00 | $ 500.00 |
| Carts | 10 | $ 150.00 | $ 1,500.00 |
| **IT** | | | |
| Equipment | 1 | $ 5,000.00 | $ 5,000.00 |
| Tools | 1 | $ 3,500.00 | $ 3,500.00 |
| **Dietary** | | | |
| Equipment | 1 | $ 7,500.00 | $ 7,500.00 |
| Tools | 1 | $ - | $ - |
| Supplies | 1 | $ - | $ - |
| **Special Hospital** | | | |
| Offices | | | |
| Desks | 10 | $ 150.00 | $ 1,500.00 |
| Chairs | 10 | $ 100.00 | $ 1,000.00 |
| Cabinets | 10 | $ 75.00 | $ 750.00 |
| Equipment | 10 | $ 50.00 | $ 500.00 |
| Other | 10 | $ 25.00 | $ 250.00 |
| Patient Rooms 3rd Floor | | | |
| Beds | 20 | $ 500.00 | $ 10,000.00 |
| Mattress | 20 | $ 75.00 | $ 1,500.00 |
| Bed Tables | 20 | $ 200.00 | $ 4,000.00 |
| Bed Tables | 20 | $ 100.00 | $ 2,000.00 |
| Night Stands | 20 | $ 100.00 | $ 2,000.00 |
| Chairs | 20 | $ 150.00 | $ 3,000.00 |
| TV's & Mounts | 10 | $ 550.00 | $ 5,500.00 |
| Carts | 6 | $ 50.00 | $ 300.00 |
| Patient Rooms 2nd Floor | | | $ 26,000.00 |
| Beds | 20 | | |
| Mattress | 20 | | |
| Head Boards | 20 | | |
| Bed Tables | 20 | | |
| Night Stands | 20 | | |
| Desks | 20 | | |
| TV's & Mounts | 20 | | |
| Clinic | | | |
| Chairs | 30 | $ 50.00 | $ 1,500.00 |
| Beds | 8 | $ 500.00 | $ 4,000.00 |
| Dr Stool | 12 | $ 110.00 | $ 1,320.00 |
| Desks | 10 | $ 125.00 | $ 1,250.00 |
| Desk Chair | 10 | $ 50.00 | $ 500.00 |
| Side Chair | 6 | $ 75.00 | $ 450.00 |

**EXHIBIT "A"**

| Location & Items | Quantity | Value /Each | Total Value |
|---|---|---|---|
| **Office 2nd Floor** | | | |
| Desk Set | 1 | $ 3,500.00 | $ 3,500.00 |
| White chairs | 4 | $ 400.00 | $ 1,600.00 |
| Round Table | 1 | $ 250.00 | $ 250.00 |
| Brown chairs | 4 | $ 250.00 | $ 1,000.00 |
| Conference Table | 1 | $ 1,200.00 | $ 1,200.00 |
| Conference Chairs | 12 | $ 125.00 | $ 1,500.00 |
| TV table | 1 | $ 800.00 | $ 800.00 |
| Side Cabinet | 1 | $ 750.00 | $ 750.00 |
| Couch | 1 | $ 2,500.00 | $ 2,500.00 |
| side chair | 2 | $ 1,250.00 | $ 2,500.00 |
| coffee table | 1 | $ 600.00 | $ 600.00 |
| side table | 1 | $ 400.00 | $ 400.00 |
| **Clinics 160** | | | |
| Rolling Equipment | 4 | $ 20,000.00 | $ 80,000.00 |
| Supplies | 1 | $ 35,000.00 | $ 35,000.00 |
| Waiting Room | | | |
| Chairs | 40 | $ 75.00 | $ 3,000.00 |
| Child Room | 1 | $ 1,000.00 | $ 1,000.00 |
| TVs | 4 | $ 700.00 | $ 2,800.00 |
| Phones | 30 | $ 50.00 | $ 1,500.00 |
| Computer Equipment | 5 | $ 1,200.00 | $ 6,000.00 |
| Internet Equipment | 1 | $ 15,000.00 | $ 15,000.00 |
| Art Work | 15 | $ 100.00 | $ 1,500.00 |
| Nurse Station | | | |
| Chairs | 12 | $ 90.00 | $ 1,080.00 |
| Dr Lounge | | | |
| Chairs | 4 | $ 75.00 | $ 300.00 |
| Tables | 1 | $ 200.00 | $ 200.00 |
| Equipment 1 | 1 | $ 1,200.00 | $ 1,200.00 |
| Equipment 1 | 1 | $ 700.00 | $ 700.00 |
| Equipment 1 | 5 | $ 100.00 | $ 500.00 |
| Exam Rooms | | | |
| Exam Table | 12 | $ 5,000.00 | $ 60,000.00 |
| Dr Stool | 14 | $ 110.00 | $ 1,540.00 |
| **Engineering Department** | | | |
| Equipment | 1 | $ 11,000.00 | $ 11,000.00 |
| Tools | 1 | $ 8,000.00 | $ 8,000.00 |
| Supplies | 1 | $ 12,000.00 | $ 12,000.00 |
| AC Unit 1st Floor | 1 | $ 35,000.00 | $ 35,000.00 |
| **Housekeeping** | | | |
| Equipment | 1 | $ 7,500.00 | $ 7,500.00 |
| Tools | 1 | $ 6,000.00 | $ 6,000.00 |
| Supplies | 1 | $ 3,000.00 | $ 3,000.00 |

6/9/2021

| Location & Items | Quantity | Value /Each | Total Value |
|---|---|---|---|
| **Dietary** | | | |
|     Equipment | 1 | $ 18,000.00 | $  18,000.00 |
|     Tools | 1 | $  4,500.00 | $   4,500.00 |
|     Supplies | 1 | $  5,000.00 | $   5,000.00 |
| | | | |
| **Totals:** | | | **$ 480,615.00** |

**Fill in this information to identify the case:**

Debtor name __**1917 Heights Hospital, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**21-31811**__
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☐   No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑   Yes.  Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2.   List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
__**1917 Ashland Street 2, LLC**__

**Creditor's mailing address**
__**c/o Madison Realty Capital**__

__**520 Madison Avenue, Suite 3501**__

__**New York            NY   10022**__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**              ___  ___  ___  ___

**Do multiple creditors have an interest in**
**the same property?**

☑   No

☐   Yes.  Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is**
**subject to a lien**

**unknown**

**Describe the lien**

__**Notice Only**__

**Is the creditor an insider or related party?**

☑   No

☐   Yes

**Is anyone else liable on this claim?**

☑   No

☐   Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐   Contingent

☐   Unliquidated

☑   Disputed

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the**
**Additional Page, if any.**

__**$28,773,356.69**__

Debtor    **1917 Heights Hospital, LLC**      Case number (if known) **21-31811**

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.2**

**Creditor's name**
**Ann Harris Bennett, Tax Assessor**

**Creditor's mailing address**
**P. O. Box 4622**
**Houston, TX  7721-4622**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Hospital/Real Property**

**Describe the lien**
**Taxes**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$526,151.51**    Value of collateral: **$55,000,000.00**

---

**2.3**

**Creditor's name**
**Arbitra Capital Partners, LLC**

**Creditor's mailing address**
**c/o Miles Cohn, Attorney**
**Crain Caton & James**
**1400 McKinney Street, Suite 1700**
**Houston      TX   77010**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Hospital/Real Property**

**Describe the lien**
**Loan**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$28,000,000.00**    Value of collateral: **$55,000,000.00**

---

Debtor   **1917 Heights Hospital, LLC**                       Case number (if known) **21-31811**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.4**

**Creditor's name**
**Barber Plumbing Services, LLC**

**Creditor's mailing address**
**4006 East Timbert Cut Court**

_____

**Pearland            TX    77584**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account
number**                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Hospital/Real Property**

**Describe the lien**

**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$7,144.50**      Value of collateral: **$55,000,000.00**

---

**2.5**

**Creditor's name**
**Carrier Rental Systems**

**Creditor's mailing address**
**35961 Eagle Way**

_____

**Chicago            IL    60678**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account
number**                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Hospital/Real Property**

**Describe the lien**

**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$197,054.03**      Value of collateral: **$55,000,000.00**

---

Debtor   **1917 Heights Hospital, LLC**                                Case number (if known) **21-31811**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.6**

**Creditor's name**
**Harris County Appraisal District**

**Creditor's mailing address**
**13013 Northwest Freeway**

_____

**Houston**              **TX    77040-6305**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account
number**                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Describe the lien**
**Notice Only**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7**

**Creditor's name**
**Thyssen Krupp Elevator Corp.**

**Creditor's mailing address**
**P. O. Box 933004**

_____

**Atlanta**              **GA    31193-3004**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account
number**                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**                                    $35,475.24      $55,000,000.00

**Hospital/Real Property**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **1917 Heights Hospital, LLC**                    Case number (if known) **21-31811**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.8**

Creditor's name
**Wilson Fire Equipment & Service Comp**

Describe debtor's property that is
subject to a lien

**Hospital/Real Property**

Amount of claim: **$7,531.41**   Value of collateral: **$55,000,000.00**

Creditor's mailing address
**7303 Empire Central Drive**

Describe the lien

**Statutory Lien**

_____

**Houston              TX   77040**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   _____

Last 4 digits of account
number            ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Do multiple creditors have an interest in
the same property?

☒ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines   _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **1917 Heights Hospital, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-31811** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No.  Go to Part 2.
   - ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| _____ | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | _____ | | |
| _____ | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____) | ☐ Yes | | |

Debtor   **1917 Heights Hospital, LLC**   Case number (if known)   **21-31811**

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**3M Company**

**General Offices/3M Center**

**St. Paul                MN      55114-1000**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$995.00

---

**3.2** Nonpriority creditor's name and mailing address

**ABC Homes and Commercial Services**

**11934 Barker Cypress Road**

**Cypress                TX      77433**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$3,031.04

---

**3.3** Nonpriority creditor's name and mailing address

**Airgas USA, LLC**

**P. O. Box 676015**

**Dallas                TX      75267-6015**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$33,662.91

---

**3.4** Nonpriority creditor's name and mailing address

**AT&T Wireless**

**P. O. Box 105414**

**Atlanta                GA      30348-5414**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$5,914.24

---

| Debtor | **1917 Heights Hospital, LLC** | | Case number (if known) | **21-31811** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.5** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$320.18** |

*Check all that apply.*

**Baker Tilly Virchow Krause, LLP**

**11750 Katy Freeway, Suite 1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77079 | **Unsecured** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☒ No
☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$1,155.57** |

*Check all that apply.*

**BeaconMedaes, LLC**

**1059 Paragon Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Rock Hill | SC | 29730 | **Unsecured** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☒ No
☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$2,519.37** |

*Check all that apply.*

**Bettencourt Tax Advisors**

**730 N.Post Oak Road, Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77024 | **Unsecured** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☒ No
☐ Yes

---

| **3.8** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$21,896.76** |

*Check all that apply.*

**CenterPoint Energy**

**P. O. Box 4981**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77210-4981 | **Unsecured** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

☒ No
☐ Yes

---

Debtor **1917 Heights Hospital, LLC**  Case number (if known) **21-31811**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  **Amount of claim**

**3.9** Nonpriority creditor's name and mailing address

Chem-Aqua, Inc.

P. O. Box 971269

Dallas  TX  75397-1269

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,112.40**

**3.10** Nonpriority creditor's name and mailing address

City of Houston - Utility Bill

P. O. Box 1560

Houston  TX  77251-1590

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$31,558.48**

**3.11** Nonpriority creditor's name and mailing address

Comast Business

P. O. Box 660618

Dallas  TX  75266-0618

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,149.70**

**3.12** Nonpriority creditor's name and mailing address

Comcast

P. O. Box 37610

Philadelphia  PA  19101-0601

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,850.01**

---

Debtor  **1917 Heights Hospital, LLC**  Case number (if known)  **21-31811**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456.07 |
| --- | --- | --- | --- |

**Decorative Floors & More, LLC**

**6709 Carvel Lane**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77074** |

**Basis for the claim:**  **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,071.84 |
| --- | --- | --- | --- |

**DirectTV**

**P. O. Box 105249**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Atlanta** | **GA** | **30348-5249** |

**Basis for the claim:**  **Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,675.00 |
| --- | --- | --- | --- |

**Dolphin Plumbing**

**10914 Sycamore Dr. South**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **LaPorte** | **TX** | **77571** |

**Basis for the claim:**  **Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,910.00 |
| --- | --- | --- | --- |

**Elevator Technical Services**

**P. O. Box 7429**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77008** |

**Basis for the claim:**  **Unsecured**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor   **1917 Heights Hospital, LLC**                          Case number (if known)   **21-31811**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

| 3.17 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          **$90,446.95**

**Entech Sales & Service, LLC**

**3404 Garden Brook Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75234-2444** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          **$38,039.05**

**ETS Environmental Testing Services, LLC**

**10908 Metronome Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77043** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          **$4,214.52**

**Facilities Survey, Inc.**

**400 Penn Center Boulevard**

**Suite 552**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Pittsburgh** | **PA** | **15235** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                          **$2,117.40**

**First Class Generator Services**

**P. O. Box 1373**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cypress** | **TX** | **77410-1373** |

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **1917 Heights Hospital, LLC**                              Case number (if known)   **21-31811**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.27 |

**GFL Environmental**

**P. O. Box 555193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Detroit**                **MI**      **48255-5193**

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,790.15 |

**HCSG Staff Leasing Solutions, LLC**

**3220 Tillman Drive, Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bensalem**                **PA**      **19020**

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**IntegraNet Physician Resource, Inc.**

**1900 North Loop West, Suite 400**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Houston**                **TX**      **77018**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.60 |

**Janitors Warehouse of Houston**

**6546-A Petropark Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                **TX**      **77041**

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| Debtor | **1917 Heights Hospital, LLC** | Case number (if known) | **21-31811** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.25** | Nonpriority creditor's name and mailing address |

**Johnson Controls Fire Protection, LP**

**4700 Exchange Court, Suite 300**

**Boca Raton**     **FL**     **33431**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$69,523.96**

---

| **3.26** | Nonpriority creditor's name and mailing address |

**Kings III of America**

**751 Canyon Drive, Suite 100**

**Coppell**     **TX**     **75019-3857**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,061.99**

---

| **3.27** | Nonpriority creditor's name and mailing address |

**Kyle A. Fitch**

**c/o Eric J. Cassidy, Attorney**

**909 Fannin Street, Suite 3800**

**Houston**     **TX**     **77010**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| **3.28** | Nonpriority creditor's name and mailing address |

**LEI Grounds Groomers/Lightfoot Ent., Inc**

**P. O. Box 267**

**Vidor**     **TX**     **77670**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,108.60**

---

| Debtor | 1917 Heights Hospital, LLC | Case number (if known) | 21-31811 |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.29   Nonpriority creditor's name and mailing address

Lingard Fitch

c/o Eric J. Cassidy, Attorney

909 Fannin Street, Suite 3800

| Houston | TX | 77010 |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

### 3.30   Nonpriority creditor's name and mailing address

LKL Development Group, LLC

c/o Eric J. Cassidy, Attorney

909 Fannin Street, Suite 3800

| Houston | TX | 77010 |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

### 3.31   Nonpriority creditor's name and mailing address

Med Center Developers, LLP

1900 N. Loop West, #120

| Houston | TX | 77018 |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,380.19

---

### 3.32   Nonpriority creditor's name and mailing address

Mueller Water Conditioning, Inc.

P. O. Box 975118

| Dallas | TX | 75397-5118 |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unsecured

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,990.00

---

Debtor   **1917 Heights Hospital, LLC**                                      Case number (if known)   **21-31811**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.33 | **Nonpriority creditor's name and mailing address** |

**Presto-X**

**P. O. Box 13848**

_____

**Reading**          **PA**     **19612-3848**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,668.05**

---

| 3.34 | **Nonpriority creditor's name and mailing address** |

**Sabre Electric Company**

**P. O. Box 79292**

_____

**Houston**          **TX**     **77279**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$166,243.21**

---

| 3.35 | **Nonpriority creditor's name and mailing address** |

**Sun Coast Resources**

**P. O. Box 202603**

_____

**Dallas**          **TX**     **75320**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,250.00**

---

| 3.36 | **Nonpriority creditor's name and mailing address** |

**The Hanover Insurance Group**

**P. O. Box 580045**

_____

**Charlotte**          **NC**     **28258-0045**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$24,077.82**

---

Debtor   **1917 Heights Hospital, LLC**                                           Case number (if known)  **21-31811**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     **Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Tina Fitch**                                         $0.00

**c/o Eric J. Cassidy, Attorney**

**909 Fannin Street, Suite 3800**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**      **77010**

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** |
|---|---|

**TXU Energy**                                       $199,382.87

**P. O. Box 650638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**           **TX**      **75265-0638**

**Basis for the claim:**
**Unsecured**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** |
|---|---|

**UC LDBA Fund II, LLC**                                  $0.00

**745 Boylston Street, Suite 502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Boston**           **MA**      **02116**

**Basis for the claim:**
**Other**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** |
|---|---|

**US Small Business Administration**                        $0.00

**1545 Hawkins Boulevard**

**Suite 202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**El Paso**          **TX**      **79925**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __1917 Heights Hospital, LLC_____   Case number (if known) __21-31811_____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,740.55** |

*Check all that apply.*

__WCA Waste Systems, Inc._____   ☐ Contingent

__1330 Post Oak Blvd., 7th Floor_____   ☐ Unliquidated

_____   ☐ Disputed

_____   **Basis for the claim:**

__Houston_____ __TX__ __77210-4524__   __Unsecured_____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___   ☑ No
                                                    ☐ Yes

Debtor   **1917 Heights Hospital, LLC**                                      Case number (if known)   **21-31811**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

|  | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Internal Revenue Service** <br> **300 E. 8th Street Mail Stop 5026AUS** <br><br> **Austin          TX     78701** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | 0  7  3  6 |
| 4.2 | **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **P. O. Box 7346** <br><br> **Philadelphia          PA     19101-7346** | Line _____ <br> ☑ Not listed.  Explain: <br> **Taxes** | __ __ __ __ |
| 4.3 | **Office of the Attorney General** <br> **P. O. Box 12548** <br><br> **Austin          TX     78711-2548** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.4 | **United States Attorney's Office** <br> **Southern District of Texas** <br> **1000 Louisiana, Suite 2300** <br><br> **Houston          TX     77002** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **1917 Heights Hospital, LLC**                     Case number (if known)   **21-31811**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$912,353.75** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$912,353.75** |

**Fill in this information to identify the case:**

Debtor name __**1917 Heights Hospital, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**21-31811**__                    Chapter __**11**__
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.   **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **May 2021 Purchase and Sales Agreeement (and addendum) Contract to be ASSUMED** | __Contract Buyer for Heights Hospital__ |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | **July 2018 Lease (and amendments) Contract to be ASSUMED** | __Cura Health Houston Heights, LLC__ |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  **1917 Heights Hospital, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **21-31811**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **Dr. Dharmesh Patel** | **9811 Katy Freeway, Suite 1060**<br>Number      Street<br><br>**Houston**              **TX**  **77024**<br>City                         State    ZIP Code | **Arbitra Capital Partners, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **Robert Day** | **13111 Westheimer Rd., Suite 450**<br>Number      Street<br><br>**Houston**              **TX**  **77077**<br>City                         State    ZIP Code | **Arbitra Capital Partners, LLC** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **1917 Heights Hospital, LLC**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **21-31811**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
     Copy line 88 from Schedule A/B.................................................................... | **$55,000,000.00**

   1b.  **Total personal property:**
     Copy line 91A from Schedule A/B.................................................................. | **$166,500,692.64**

   1c.  **Total of all property**
     Copy line 92 from Schedule A/B.................................................................... | **$221,500,692.64**

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ | **$28,773,356.69**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of Schedule E/F....................................... | **$0.00**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................. | **+   $912,353.75**

4.  **Total liabilities**
   Lines 2 + 3a + 3b..................................................................................................... | **$29,685,710.44**

**Fill in this information to identify the case and this filing:**

Debtor Name  **1917 Heights Hospital, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **21-31811**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/14/2021**                    X _____
MM / DD / YYYY                                        Signature of individual signing on behalf of debtor

                                        **Dr. Dharmesh Patel** _____
                                        Printed name

                                        **Manager** _____
                                        Position or relationship to debtor