UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  
1917 Heights Hospital, LLC

CHAPTER 11

DEBTOR(S)

CASE NO 21-31811

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| 1917 Ashland Equities, LLC<br>9811 Katy Freeway, Suite 1060<br>Houston, TX 77024 | | | 50.00% |
| AMD Asset Holdings, LLC<br>9811 Katy Freeway, Suite 1060<br>Houston, TX 77024 | | | 31.86% |
| Med Center Developers, LLP<br>1900 N. Loop West, Suite 120<br>Houston, TX 77018 | | | 18.14% |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Manager** of the **Limited Liability Company** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 06/14/2021

Signature: _____
Dr. Dharmesh Patel
Manager