

**IN THE UNITED STATED BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON**

ENTERED
07/12/2021

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 21-31811** |
| **1917 HEIGHTS HOSPITAL, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**CHAPTER 11 STATUS CONFERENCE**

The Court conducted an initial status conference on July 12, 2021.  Debtor is a Single Asset Real Estate Case.  It is therefore

**ORDERED** that:

1. on or before July 26, 2021 Debtor must

    i. close all current bank accounts and open a Debtor-In-Possession bank account at a United States Trustee (*"U.S.T."*) approved DIP bank;
    ii. provide proof of insurance on all assets to the U.S.T. listing the UST as a party of notice;
    iii. File a completed Form B426
    iv. File reports as required pursuant to 11 U.S.C. §1116

2. Additionally, Debtor must

    i. file small Monthly Operating Reports and pay U.S.T. fees as they become due;
    ii. file a Plan and Disclosure Statement on or before September 29, 2021
    iii. remain current on all post-petition I.R.S. returns and estimated payments including compliance with Section 346, with the deposit requirements of the Internal Revenue Code and its Regulations and with all state tax law requirements;
    iv. file all necessary first day motions with the Court including Use of Cash Collateral

SIGNED July 12, 2021

_____
Eduardo Rodriguez
United States Bankruptcy Judge